**Electronically Filed
Supreme Court
SCWC-20-0000495
25-FEB-2025
11:34 AM
Dkt. 33 ODAC**

SCWC-20-0000495

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-3F,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3F,
Respondent/Plaintiff-Appellee,

vs.

JEFFERSON HALONA YOUNG; LINDA D. YOUNG;
BANK OF AMERICA, N.A.; DEPARTMENT OF TAXATION-STATE OF HAWAI‘I;
PALEHUA COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees,

and

GABI KIM COLLINS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000495; CASE NO. 1CC161001282)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Tonaki, in place of Ginoza, J., recused)

Petitioner/Defendant-Appellant Gabi Kim Collins'

application for writ of certiorari filed on December 30, 2024,

is rejected.

DATED:  Honolulu, Hawaiʻi, February 25, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ John M. Tonaki